AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 03 2011 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for the

WESTERN District of MICHIGAN

STANDARD FEDERAL BANK, )
N.A., by merger now known as )
BANK OF AMERICA, a national ) Civil Action No. 1:09-cv-80
banking association, )
)
)

*Plaintiff*

v.

**MISC 11 0399**

THE REALTY ASSET
MARINE, LLC, a Delaware
limited liability company, THE
REALTY ASSET GROUP,
LTD., a New York corporation
and FRANCIS E. DARCY, an
individual, jointly and severally,

*Defendant*

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* April 21, 2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 5/25/10

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

4314781

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 03 2011 ★

BROOKLYN OFFICE

STANDARD FEDERAL BANK, N.A., by
merger now known as BANK OF AMERICA,
a national banking association,

                Plaintiff,

vs.

THE REALTY ASSET MARINE, LLC, a
Delaware limited liability company, THE
REALTY ASSET GROUP, LTD., a New
York corporation, and FRANCIS E. DARCY,
an individual, jointly and severally,

                Defendants.
_____/

Case No. 1:09-cv-80

HON. Robert Holmes Bell

**MISC 11 0399**

## JUDGMENT

At a session of said Court held in the City of Grand Rapids,
State of Michigan, this __21st__ day of April, 2009.

        PRESENT:    Honorable Robert Holmes Bell
                           U.S. District Court Judge

The default of all Defendants having been entered on April 8, 2009, Judgment is hereby entered in favor of Plaintiff and against Defendants as follows:

**IT IS ORDERED, JUDGED AND DECREED** that:

1.    Plaintiff shall recover a personal judgment against Defendants The Realty Asset Marine, LLC, The Realty Asset Group, Ltd. and Francis E. Darcy, in the amount of $1,022,916.00, with interest on that amount from April 8, 2009 at the rate of Three and one-quarter (3.25%) percent per annum.

2. Plaintiff shall have a valid and subsisting lien of $1,022,916.00 against the vessel Escape, its engines, tackle, apparel, furniture, and all appurtenances, which lien is prior and superior to the interests, liens, or claims of any and all other persons, or corporations.

3. The lien is foreclosed.

4. The vessel Escape, together with its engines, tackle, apparel, furniture, and all appurtenances, be sold forthwith by the United States Marshall's Office on or after thirty (30) days from the entry of this Judgment in the following manner: The sale shall be at the south front door of the Federal Court House in Grand Rapids, Michigan, and shall be held at 10:00 in the morning. Plaintiff shall provide fourteen (14) days notice to the Defendants of the potential sale.

5. The proceeds of the sale, after payment of fees and expenses of sale, be applied to the $1.022,916.00 due Plaintiff by Defendants The Realty Asset Marine, LLC, The Realty Asset Group, Ltd. and Francis E. Darcy.

6. If the proceeds of the sale are insufficient to pay in full the amount due Plaintiff, that Plaintiff have judgment against Defendants The Realty Asset Marine, LLC, The Realty Asset Group, Ltd. and Francis E. Darcy for the amount of the deficiency and that execution issue for the deficiency.

/s/ Robert Holmes Bell
Honorable Robert Holmes Bell
U.S. District Judge

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 5-25-11